ROBART, PLAINTIFF IN ERROR, v. LONG, ADMINISTRATOR OF ROBART.

Bill of Exceptions : PRACTICE. The bill of exceptions must be prepared and signed during the term, unless the court, by consent of parties, orders otherwise.

Error to St. Francois Circuit Court.—HON. LOUIS F. DINNING, Judge.

Pipkin & Taylor for plaintiff in error.

Carter & Clardy for defendant in error.

PER CURIAM : It is the settled law of this State that a bill of exceptions must be prepared and signed during the term, unless the court, by consent of the parties, orders otherwise. As the record shows that the plaintiff in this case is allowed sixty days after trial within which to prepare his bill, and no consent of the defendant appears on the record, the bill of exceptions must be disregarded and the judgment be affirmed.

AFFIRMED.